743 A.2d 309

IN THE MATTER OF WILLIAM A. HANSEN,
AN ATTORNEY AT LAW.

January 21, 2000.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **WILLIAM A. HANSEN** of **FORKED RIVER,** who was admitted to the bar of this State in 1977, pursuant to *Rule* 1:20–11(a) and *Rule* 1:20–3(g)(4),

And respondent, by his attorney, having offered no objection to the relief sought in the petition,

And good cause appearing;

It is ORDERED that **WILLIAM A. HANSEN** is temporarily suspended from the practice of law, effective immediately and until the further Order of the Court;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM A. HANSEN,** pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, pending further Order of this Court;  and it is further

ORDERED that **WILLIAM A. HANSEN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **WILLIAM A. HANSEN** comply with *Rule* 1:20–20 dealing with suspended attorneys.